United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE CARLOS GUAJARDO, § § Plaintiff, § VS. § BURGER KING FRIES RESTAURANT § MANAGEMENT, LLC, § § Defendant. § | CIVIL ACTION NO. 2:20-CV-00172 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On April 9, 2021, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (D.E. 27), recommending that Plaintiff's lawsuit be dismissed for want of prosecution. Plaintiff timely filed a letter, construed as containing his objections (D.E. 29) on April 19, 2021. Plaintiff does not demonstrate error in any of the Magistrate Judge's findings of fact or conclusions of law. Instead, he offers excuses for not remaining in contact with the Court or opposing counsel. The fact remains that Plaintiff failed to meet the essential deadlines for developing and prosecuting this case, deadlines of which he was fully apprised. His objections are OVERRULED.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and

conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

ORDERED this 6th day of May, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE